## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| MCG LIMITED PARTNERSHIP, (f/k/a Monitor Company Group Limited Partnership), *et al.*, | Case No. 12:13042-CSS |
| | (Jointly Administered) |
| Debtors. | |
| ALFRED T. GIULIANO, in his capacity as the Chapter 7 Trustee of MCG LIMITED PARTNERSHIP, *et al.*, | |
| Plaintiff, | Adversary Case No. 14-50521-CSS |
| v. | **Related to Docket No. 11** |
| ENTERTAINMENT CENTER LLC, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT ENTERTAINMENT CENTER L.L.C.'S MOTION TO DISMISS COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. SECTIONS 547 AND 550 AND TO DELAY OR TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. SECTION 502

This matter having come before the Court on Entertainment Center L.L.C.'s Motion to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. Sections 547 and 550 and to Delay or to Disallow Claims Pursuant to 11 U.S.C. Section 502 (the "Motion"); and the Court having considered the Motion, Entertainment Center's Memorandum of Law in Support of Motion to Dismiss, and all objections and responses thereto; and good cause appearing for the relief sought in the Motion, it is hereby:

ORDERED that the Motion is granted; and it is further

{05139877.DOCX.}

ORDERED that this adversary proceeding is dismissed with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation of this Order.

Dated: January 9, 2015

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

{05139877.DOCX.}                                        2