## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MCG LIMITED PARTNERSHIP,<br>(f/k/a Monitor Company Group Limited<br>Partnership), *et al.*,<br><br>      Debtors. | Chapter 7<br><br>Case No. 12:13042-CSS<br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity<br>as the Chapter 7 Trustee of MCG LIMITED<br>PARTNERSHIP, *et al.*,<br><br>      Plaintiff,<br><br>v.<br><br>ENTERTAINMENT CENTER LLC,<br><br>      Defendant. | Adv. Proc. No. 14-50521-CSS<br><br>**Related to Docket No. 15** |

### AFFIDAVIT OF SERVICE

I, the undersigned, hereby certify that on January 9, 2015, I caused a copy of the *Order Granting Defendant Entertainment Center L.L.C.'s Motion to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. Sections 547 and 550 and to Delay or to Disallow Claims Pursuant to 11 U.S.C. Section 502* (Docket No. 15) to be served on the below individuals via electronic mail.

Eric A. Browndorf, Esquire
Mark A. Fiore, Esquire
Cooper Levenson, P.A.
1125 Atlantic Avenue, Third Floor
Atlantic City, NJ  08401
Email:  ebrowndorf@cooperlevenson.com
Email:  mfiore@cooperlevenson.com

Erin K. Brignola, Esquire
Cooper Levenson, P.A.
30 Fox Hunt Drive
Bear, DE  19701
Email:  ebrignola@cooperlevenson.com

Dated:  January 9, 2015

CONNOLLY GALLAGHER LLP

_____

Karen C. Bifferato (#3279)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 888-6221
Email:  kbifferato@connollygallapher.com

- and -

Michael S. Greger
Allen Matkins Leck Gamble Mallory & Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321
Telephone:  (949) 553-1313
Email: mgreger@allenmatkins.com

*Attorneys for Defendant Entertainment Center L.L.C.*